

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-14-00713-CV

MOHAMED FARRAG, Appellant

V.

DANIELLE BRYAN, Appellee

Appeal from the 280th District Court of Harris County (Tr. Ct. No. 2014-38348)

This is an appeal from the judgment signed by the court below on July 29, 2014. Appellant, Mohamed Farrag, did not timely file a brief. After being notified that this appeal was subject to dismissal, appellant did not adequately respond. It is therefore **CONSIDERED**, **ADJUDGED**, and **ORDERED** that the appeal be **dismissed for want of prosecution**.

It is further **ORDERED** that appellant pay all costs incurred by reason of this appeal.

It is further **ORDERED** that this decision be certified below for observance.

Judgment rendered January 22, 2015.

Judgment rendered by panel consisting of Chief Justice Radack and Justices Bland and Huddle.